UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
)
In re SUBPOENA TO NON-PARTY )
JAMES FILSINGER. ) Case No. MC17-0171RSL
)
--------------------------------- )
)
DANIEL GORDON, *et al.*, )
)
                Plaintiffs, )
     v. ) ORDER TRANSFERRING CASE
)
AMADEUS IT GROUP, S.A., *et al.*, )
)
                Defendants. )
_____)

This matter comes before the Court on non-party James Filsinger's motion to quash subpoena (Dkt. # 1) and the accompanying motion to transfer (Dkt. # 2). The underlying action is pending in the United States District Court for the Southern District of New York, and plaintiffs, who issued the subpoena, do not object to transfer under Fed. R. Civ. P. 45(f).

The unopposed motion to transfer is GRANTED. The Clerk is directed to transfer this matter to the United States District Court for the Southern District of New York.

Dated this 4th day of January, 2018.

*[signature: Robert S. Lasnik]*

Robert S. Lasnik
United States District Judge

ORDER TRANSFERRING CASE